No. 72–303. NEW HAMPSHIRE BANKERS ASSN. ET AL. *v.* NELSON, BANK COMMISSIONER OF NEW HAMPSHIRE, ET AL. C. A. 1st Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BLACKMUN would grant certiorari.

No. 72–313. METROPOLITAN COUNTY BOARD OF EDUCATION OF NASHVILLE AND DAVIDSON COUNTY ET AL. *v.* KELLEY ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 72–321. SEABOARD COAST LINE RAILROAD CO. *v.* JACKSON. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 72–327. HOOGASIAN ET AL. *v.* SEARS, ROEBUCK & Co. Sup. Ct. Ill. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 72–339. LAMB ENTERPRISES, INC. *v.* TOLEDO BLADE CO. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 72–5269. RAYMOND *v.* UNITED STATES. C. A. 8th Cir. Motion for an order reinstating case No. 71–6536, *Guy* v. *United States* [*ante,* p. 896], and for simultaneous consideration denied. Certiorari denied. Reported below: 456 F. 2d 1157.

No. 71–1433. BELLISTON ET AL. *v.* TEXACO INC., 408 U. S. 928. Motion for leave to file petition for rehearing denied.